Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEERING, a California company; and NEIL JEFFERY JACKSON, an Individual,<br><br>Defendants. | Case No.: C 07 2842 BZ<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>**Local Rule 3-12** |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING | Case No.: C 07 2843 JL |

|   |   |
|---|---|
| 1 |   |
| 2 | TRUST FUND FOR NORTHERN CALIFORNIA, |
| 3 |   |
| 4 |   |
| 5 | Plaintiffs, |
| 6 | vs. |
| 7 | NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEERING, a California company; and NEIL JEFFERY JACKSON, an Individual, |
| 8 |   |
| 9 |   |
|   | Defendants. |

Counsel for Plaintiffs in the two actions, identified above, hereby submits this Administrative Motion to Relate Cases. Both cases are collection cases under 29 U.S.C. §§ 1132(a)(3) and 1132(e)(1) (§§ 502(a)(3) and 502(e)(1) of the Employee Retirement Income Security Act of 1974, as amended), known as ERISA.

The first matter, entitled <u>Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, et al. v. Neil Jackson Construction, A California company, formerly known as KM Jackson Engineering, a California company; and Neil Jeffery Jackson, an Individual,</u> Case No. C 07 2842 BZ is a collection action brought by the Cement Masons Trust Funds against defendants for failure of the defendants to submit employee fringe benefit contributions on behalf of covered employees.

The second matter, <u>Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. v. Neil Jackson Construction, A California company, formerly known as KM Jackson Engineering, a California company; and Neil Jeffery Jackson, an Individual,</u> Case No. C 07 2843 JL a collection action brought by the Laborers Trust Funds against defendants for failure of the defendants to submit employee fringe benefit contributions on behalf of covered employees. The issues in these two cases are identical as they concern the obligation of the same defendants to pay into the two respective Trust Funds the employee fringe benefit contributions due and owing on behalf of their covered employees.

1  These cases will benefit by consolidation before a single judge. Consolidation will
2  eliminate duplicate proceedings against the same defendants. The two Trust Funds are located
3  in the same building and share the same auditor and management of their respective collections
4  departments. The two Trust Funds are jointly administered. Consolidation of these two cases
5  will promote efficiency in the use of testimony and exhibits prepared by plaintiffs Trust Funds.
6  If the matters are not consolidated, this will result in a waste of judicial resources by requiring a
7  duplication of hearings and motions before two separate judges. Consolidation will result in the
8  uniform application of damages against the defendants.

9  Based on the foregoing, the respective Trust Funds request that these cases be
10 consolidated.

11 DATED: June 4, 2007

12                                    BULLIVANT HOUSER BAILEY PC

14                                    By  /s/ Ronald L. Richman
                                          Ronald L. Richman
15                                    Attorneys for Plaintiffs