# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Laborers Health and Welfare Trust for the Northern California, et al., | )<br>)<br>) |
| Plaintiff (s), | )<br>) |
| vs. | )     No. C07-2843  BZ<br>) |
| Neil Jackson Construction Inc., et al., | )<br>)     **NOTICE SETTING A**<br>)     **CASE MANAGEMENT CONFERENCE**<br>) |
| Defendant (s), | )<br>) |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is set for **September 24, 2007** at **4:00 p.m.** before the Honorable Bernard Zimmerman. The Joint Case Management Conference statement is due 7 days prior to the conference. Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 10, 2007

RICHARD W. WIEKING
Clerk, U. S. District Court

/s/ *Lashanda Scott*
By: Lashanda Scott, Deputy Clerk to
Magistrate Judge Bernard Zimmerman