# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

August 29, 2007

To:
**James Edward Ganzer**
Ganzer & Williams
1617 St. Mark's Plaza, Suite A
P.O.Box 7683
Stockton, CA 95207


Re: Board of Trustees of the Cement Masons Health & Welfare Trust Fund for
    the Northern California, et al. v. Neil Jackson Construction, Inc., et al.
    C07-2843BZ

Dear Sir:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **September 24, 2007 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court


_____/s/ Lashanda Scott_____
By:   Lashanda Scott
      Courtroom Deputy