# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Board of Trustees of the Laborers Health and Welfa, <br><br>                    Plaintiff(s), <br><br>     v. <br><br> Neil Jackson Construction Inc., <br><br>                    Defendant(s). | 07-02843 BZ MED <br><br> **Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

The appointment of Robert F. Schwartz to serve as the Mediator in this matter is vacated.

Dated: October 1, 2007

                                                      RICHARD W. WIEKING  
                                                    Clerk  
                                                    by:     Alice M. Fiel

                                                    ADR Case Administrator  
                                                    415-522-3148  
                                                    Alice_Fiel@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**  
07-02843 BZ MED