1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: susan.olson@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE CEMENT         | Case No.: C 07 2842 BZ
   | MASONS HEALTH AND WELFARE TRUST         |
12 | FUND FOR NORTHERN CALIFORNIA;           |
   | BOARD OF TRUSTEES OF THE CEMENT         |
13 | MASONS VACATION-HOLIDAY TRUST           | **STIPULATED JUDGMENT**
   | FUND FOR NORTHERN CALIFORNIA;           |
14 | BOARD OF TRUSTEES OF THE CEMENT         |
   | MASONS PENSION TRUST FUND FOR           |
15 | NORTHERN CALIFORNIA; and BOARD OF       |
   | TRUSTEES OF THE CEMENT MASONS           |
16 | TRAINING TRUST FUND FOR NORTHERN        |
   | CALIFORNIA,                             |
17 |                                         |
   |           Plaintiffs,                   |
18 |                                         |
   |    vs.                                  |
19 |                                         |
   | NEIL JACKSON CONSTRUCTION, a            |
20 | California company, formerly known as KM|
   | JACKSON ENGINEERING, a California       |
21 | company; and NEIL JEFFERY JACKSON, an   |
   | Individual,                             |
22 |                                         |
   |           Defendants.                   |
23 |                                         |
   | BOARD OF TRUSTEES OF THE                | Case No.: C 07 2843 BZ
24 | LABORERS HEALTH AND WELFARE             |
   | TRUST FUND FOR NORTHERN                 |
25 | CALIFORNIA; BOARD OF TRUSTEES OF        |
   | THE LABORERS VACATION-HOLIDAY           |
26 | TRUST FUND FOR NORTHERN                 |
   | CALIFORNIA; BOARD OF TRUSTEES OF        |
27 | THE LABORERS PENSION TRUST FUND         |
   | FOR NORTHERN CALIFORNIA; and            |
28 | BOARD OF TRUSTEES OF THE                |
   | LABORERS TRAINING AND RETRAINING        |

6089938.1                    - 1 -
                      STIPULATED JUDGMENT

| | |
|---|---|
| 1 | |
| 2 | TRUST FUND FOR NORTHERN CALIFORNIA, |
| 3 | |
| 4 | |
| 5 | Plaintiffs, |
| 6 | vs. |
| 7 | NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEERING, a California company; and NEIL JEFFERY JACKSON, an Individual, |
| 8 | |
| 9 | |
| 10 | Defendants. |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, on the one hand, and Defendants Neil Jackson Construction, a California company and Neil Jeffery Jackson, an individual, jointly and severally, on the other hand, that Judgment shall be entered in favor of Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California and against Defendants Neil Jackson Construction, a California Company, and Neil Jeffery Jackson, an

/ / /
/ / /
/ / /
/ / /

1 | individual, and each of them, in the amount of $54,020.62..

3 | DATED: December 7, 2007                Plaintiffs

By _John J. Hagan_

Its _A/R MANAGER_

8 | DATED: December 6, 2007                Neil Jackson Construction, a California Company

By _[signature]_

Its _President_

14 | DATED: December 6, 2007

By _[signature]_
Neil Jeffery Jackson

6089938.1

- 3 -
STIPULATED JUDGMENT

The undersigned counsel have advised their clients regarding this Stipulation and have approved it as to form.

DATED: December __, 2007

                                 BULLIVANT HOUSER BAILEY PC

                                 By _____
                                                    Ronald L. Richman
                                                    Attorneys for Plaintiffs

DATED: December __, 2007

                                 GANZER & WILLIAMS

                                 By _____
                                                    James E. Ganzer
                                                    Attorneys for Defendants

## JUDGMENT

Based on the Stipulation for Judgment,

IT IS HEREBY ORDERED that Judgment be entered favor of Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California and against Defendants Neil Jackson Construction, a California Company, and Neil Jeffery Jackson, and each of them, in the amount of $54,020.62.

Dated: _____, 2007

                                 _____
                                 Hon. Bernard Zimmerman
                                 United States Magistrate Judge