```
Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEERING, a California company; and NEIL JEFFERY JACKSON, an Individual,<br><br>Defendants. | Case No.: C 07 2842 BZ<br><br>**STIPULATION FOR DISMISSAL OF BREACH OF FIDUCIARY DUTY CAUSE OF ACTION; ORDER THEREON** |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING | Case No.: C 07 2843 BZ |

6090126.1

- 1 -

STIPULATION FOR DISMISSAL; ORDER THEREON

TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiffs,

vs.

NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEERING, a California company; and NEIL JEFFERY JACKSON, an Individual,

Defendants.

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, on the one hand, and Defendants Neil Jackson Construction, a California company and Neil Jeffery Jackson, an individual, and each of them, on the other hand, that the Third Claim For Relief, Breach of Fiduciary Duty, be dismissed, with prejudice, as against all Defendants.

DATED: December 7, 2007

Plaintiffs

By: John J. Hagan

Its: A/R MANAGER

DATED: December 6, 2007

Neil Jackson Construction, a California Company

By: N J Jol

Its: President

DATED: December 6, 2007

By: N J Jol

Neil Jeffery Jackson

6090126.1

-2-

STIPULATION FOR DISMISSAL; ORDER THEREON

The undersigned counsel have advised their clients regarding this Stipulation and have approved it as to form.

DATED: December 6, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Attorneys for Plaintiffs

DATED: December 6, 2007

GANZER & WILLIAMS

By _____
James E. Ganzer
Attorneys for Defendants

## ORDER

The parties having so Stipulated:

IT IS HEREBY ORDERED that the Third Claim For Relief, Breach of Fiduciary Duty, be dismissed, with prejudice, as against all Defendants.

Dated: Dec. 7th, 2007

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*