Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEERING, a California company; and NEIL JEFFERY JACKSON, an Individual,<br><br>Defendants. | Case No.: C 07 2842 BZ<br><br>**STIPULATED JUDGMENT** |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING | Case No.: C 07 2843 BZ |

|    |    |
|----|----|
| 1  |    |
| 2  | TRUST FUND FOR NORTHERN CALIFORNIA, |
| 3  |    |
| 4  |    |
| 5  | Plaintiffs, |
| 6  | vs. |
| 7  | NEIL JACKSON CONSTRUCTION, a California company, formerly known as KM JACKSON ENGINEERING, a California company; and NEIL JEFFERY JACKSON, an Individual, |
| 8  |    |
| 9  |    |
| 10 | Defendants. |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, on the one hand, and Defendants Neil Jackson Construction, a California company and Neil Jeffery Jackson, an individual, jointly and severally, on the other hand, that Judgment shall be entered in favor of Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California and against Defendants Neil Jackson Construction, a California Company, and Neil Jeffery Jackson, an

///
///
///
///

individual, and each of them, in the amount of $54,020.62..

DATED: December 7, 2007

Plaintiffs

By *John J. Hagan*

Its A/R MANAGER

DATED: December 6, 2007

Neil Jackson Construction, a California Company

By *[signature]*

Its President

DATED: December 6, 2007

By *[signature]*
Neil Jeffery Jackson

6089938.1

- 3 -
STIPULATED JUDGMENT

    The undersigned counsel have advised their clients regarding this Stipulation and have approved it as to form.

DATED: December __, 2007

                                      BULLIVANT HOUSER BAILEY PC

                                      By _____
                                              Ronald L. Richman
                                             Attorneys for Plaintiffs

DATED: December 7, 2007

                                      GANZER & WILLIAMS

                                      By _____
                                              James E. Ganzer
                                             Attorneys for Defendants

## JUDGMENT

Based on the Stipulation for Judgment,

IT IS HEREBY ORDERED that Judgment be entered favor of Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California and against Defendants Neil Jackson Construction, a California Company, and Neil Jeffery Jackson, and each of them, in the amount of $54,020.62.

Dated: Dec. 7th, 2007

                                                Hon. Bernard Zimmerman
                                              United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*

6089938.1                                         –4–
                                          STIPULATED JUDGMENT